

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Kenneth H. Sumner, #178618
ksumner@spcclaw.com
Robin C. McGinnis, #276400
rmcginnis@spcclaw.com
555 Montgomery Street, Suite 720
San Francisco, California 94111-3910
Tel.: (415) 352-6200; Fax: (415) 352-6224

JS6

Attorneys for Defendants GRANITE STATE INSURANCE COMPANY and NEW HAMPSHIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HIGHLAND FIFTH-ORANGE PARTNERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation, NEW HAMPSHIRE INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1-100 inclusive,<br><br>Defendants. | CASE NO. 8:12-cv-00541-AG-MLG<br><br>[PROPOSED] JUDGMENT: FRCP 56<br><br>Date: April 8, 2013<br>Time: 10:00 a.m.<br>Ctrm.: 10D<br>Judge: Hon. Andrew J. Guilford<br><br>Submitted Papers:<br>1. Notice of Motion and Motion<br>2. Memorandum of Points and Authorities<br>3. Statement of Uncontroverted Facts and Conclusions of Law<br>4. Request for Judicial Notice<br>5. Declaration of Brian Murray<br>6. [Proposed] Judgment |

The motion for summary judgment of Defendants Granite State Insurance Company ("Granite State") and New Hampshire Insurance Company ("New Hampshire") came on regularly for hearing before this Court on April 8, 2013 at 10:00 a.m. Kenneth H. Sumner appeared as attorney for Granite State and New Hampshire and Carl Ciochon appeared as attorney for Plaintiff Highland Fifth-Orange Partners, LLC ("Highland"). After considering the moving and opposition

1 papers, arguments of counsel, and all other matters presented to the Court, this Court
2 orders summary judgment against Highland and in favor of Granite State and New Hampshire ~~as follows:~~
3 ~~(1) as a judgment creditor, Highland cannot recover from judgment debtor Inland~~
4 ~~Fish and Game Conservation Association's ("Inland's") insurers New Hampshire~~
5 ~~and Granite State because there is no coverage for the claims against Inland under~~
6 ~~New Hampshire's and Granite State's policies; (2) the pollution exclusions in the~~
7 ~~New Hampshire and Granite State policies exclude coverage for the judgment in the~~
8 ~~action entitled *Highland Fifth-Orange Partners, LLC v. The Inland Fish & Game*~~
9 ~~*Conservation Assoc.*, Superior Court of the State of California for the County of San~~
10 ~~Bernardino, Case No. CIVSS704342 ("Underlying Action"); and (3) the lead~~
11 ~~exclusions in the New Hampshire and Granite State policies exclude coverage for~~
12 ~~the judgment in the Underlying Action.~~
13   IT IS HEREBY ORDERED that ~~the motion is GRANTED.~~ judgment be entered.
14 DATED: April 8, 2013
15
16
17 _____
   Hon. Andrew J. Guilford

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224